DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
Deputy City Attorneys
City Hall, Room 234
#1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4674
Facsimile:     (415) 554-4699
E-Mail:        vince.chhabria@sfgov.org

Attorneys for Defendant
THE CITY AND COUNTY OF SAN FRANCISCO,
CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION®,<br><br>　　Plaintiff,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,<br><br>　　Defendant. | Case No. C10-03224 WHA<br><br>**STIPULATED APPLICATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE SET FOR 10/28/2010; [PROPOSED] ORDER**<br><br>Hearing Date:　October 28, 2010<br>Time:　　　　 11:00 a.m.<br>Place:　　　　Judge William H. Alsup<br>　　　　　　　450 Golden Gate Avenue<br>　　　　　　　Courtroom 9, 19th Floor<br>　　　　　　　San Francisco, CA  94102<br><br>Date Action Filed: July 23, 2010<br>Trial Date:　　　 None set |

　　In this case, the plaintiff contends that the defendant's ordinance, which requires disclosure of certain information by wireless telephone retailers at the point of sale, is preempted by federal law. It has just come to the defendant's attention that the ordinance requires a minor amendment, to clarify the nature of the disclosure requirement. This may affect the briefing schedule that the parties proposed in the initial case management conference statement. Accordingly, the parties request that tomorrow's

1  initial case management conference be continued for one week, by which time the parties will be

2  prepared to propose a briefing schedule to the Court that takes into account this new development.

5  Dated: October 27, 2010

By: s/Vince Chhabria
    VINCE CHHABRIA

Attorney for Defendant
THE CITY AND COUNTY OF SAN FRANCISCO
CALIFORNIA

Dated: October 27, 2010

By: **s/Craig E. Stewart
    CRAIG E. STEWART

Attorney for Plaintiff
CTIA – THE WIRELESS ASSOCIATION

**pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

**ORDER**

The parties' request to continue the initial case management conference is GRANTED. The initial case management conference shall take place on Thursday, November 4, 2010 at 11:00 a.m.

Dated: October 27, 2010

_____
THE HONORABLE WILLIAM ALSUP
JUDGE, UNITED STATES DISTRICT COURT

APPROVED
Judge William Alsup