UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CTIA - THE WIRELESS ASSOCIATION®, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, <br><br> Defendant. | Case No. C 10-03224 WHA <br><br> **STIPULATION REGARDING MOTION SCHEDULE AND [PROPOSED] ORDER** <br><br> Date: <br> Time: <br> Place:   Courtroom 9, 19th Floor |

The parties file this supplemental stipulation to ask this Court to vacate and amend the motion schedule entered on November 10, 2010 (Doc. 23). The parties are stipulating jointly to a revised briefing schedule to account for an unanticipated delay in the passage of the City's pending amendment of the Ordinance at issue in this lawsuit. The revised schedule will additionally accommodate the need for certain limited expert discovery. The parties intend that the revised schedule will afford the parties and the Court an orderly approach that should allow adjudication of this case in advance of the expected May 1, 2011 compliance deadline. To the

-1-

Stip. Re Motion Schedule
No. C 10-03224 WHA

1  extent that any future developments necessitate further adjustments, the parties commit to
2  negotiating in good faith to resolve those issues.

**RECITALS**

4  1. On November 5, 2010, the parties submitted a stipulated schedule for summary
5  judgment (Doc. 21), which this Court approved on November 10, 2010 (Doc. 23). That schedule
6  provided for briefing in January and February, and a hearing on February 24, 2011.

7  2. That schedule was predicated on the parties' mutual expectation that the City
8  would introduce a necessary amendment to its Ordinance by November 15, 2010, and that the
9  amendment would be finalized by the middle of December.

10  3. The City introduced its amendment on November 23, 2010. At present, it appears
11  that the amendment will become final in early to mid January. Because an amended complaint
12  (adding a claim under the First Amendment), answer, and subsequent motions practice depend on
13  a final Ordinance, the schedule entered on November 10, 2010 (Doc. 23) requires adjustment.

14  4. The adjusted schedule will also accommodate certain limited expert discovery to
15  which the parties have agreed prior to filing summary judgment motions.

16  5. While the parties have agreed upon a schedule in an attempt to afford this Court
17  time to resolve this case on motions for summary judgment prior to the effective date of the
18  Ordinance, CTIA reserves the right to seek preliminary relief should future developments require
19  it to do so.

20  6. The parties will continue to meet and confer regularly and in good faith to ensure
21  that any developments that may affect the schedule are dealt with by negotiation or brought to the
22  Court's attention as quickly as possible. Nonetheless, the parties desire to inform the Court of
23  these changes and respectfully propose stipulated adjustments to the existing schedule.

**PROPOSED STIPULATED SCHEDULE**

25  The parties propose the following motion schedule:
26  (1)  CTIA will file an amended complaint within 5 court days of the amendment to the
27       Ordinance being signed into law;

- 2 -

Stip. Re Motion Schedule
No. C 10-03224 WHA

1    (2)   The City will file its answer to the amended complaint within 5 court days after the amended complaint is filed;

(3) Expert Reports will be provided to opposing Parties by January 4, 2011;

(4) Rebuttal Expert Reports will be provided to opposing Parties by January 18, 2011;

(5) Depositions of all expert witnesses will be conducted by February 1, 2011;

(6) CTIA will file its summary judgment motion on February 10, 2011;

(7) The City will file its opposition and cross-motion for summary judgment on February 22, 2011;

(8) CTIA will file its reply/opposition on March 4, 2011;

(9) The City will file its reply on March 8, 2011;

(10) The cross-motions will be heard on March 17, 2011, or as soon thereafter as is practicable for the Court.

The parties will use their best efforts to agree on a joint appendix of evidentiary materials to be filed with CTIA's motion.

- 3 -

Stip. Re Motion Schedule
No. C 10-03224 WHA

| | | |
|---|---|---|
| 1 | Dated: December 17, 2010 | JONES DAY |
| 2 | | |
| 3 | | By: /s/ Craig E. Stewart |
| | | Craig E. Stewart |
| 4 | | |
| 5 | | Attorneys for Plaintiff |
| | | CTIA – The Wireless Association® |
| 6 | | |
| 7 | Dated: December 17, 2010 | DENNIS J. HERRERA, State Bar #139669 |
| | | City Attorney |
| 8 | | WAYNE SNODGRASS, State Bar #148137 |
| | | VINCE CHHABRIA, State Bar #208557 |
| 9 | | Deputy City Attorneys |
| | | City Hall, Room 234 |
| 10 | | #1 Dr. Carlton B. Goodlett Place |
| | | San Francisco, California 94102-4682 |
| 11 | | Telephone:   (415) 554-4674 |
| | | Facsimile:   (415) 554-4699 |
| 12 | | E-Mail:        vince.chhabria@sfgov.org |

By: /s/ Vince Chhabria
Vince Chhabria

Attorneys for Defendant
THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA

IT IS SO ORDERED.

Dated: December 21, 2010.

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

SFI-657392v1

- 4 -

Stip. Re Motion Schedule
No. C 10-03224 WHA