IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTIA - THE WIRELESS ASSOCIATION<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO<br><br>Defendant. | CASE NO. C 10-03224 WHA<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

ANDREW G. McBRIDE, whose business address and telephone number is

Wiley Rein LLP
1776 K Street NW
Washington, DC 20006 Tel 202.719.7135

and who is an active member in good standing of the bar of Supreme Court of the United States having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing CTIA - The Wireless Association

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: January 10, 2011.

[Signed: Judge William Alsup]