UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CTIA - THE WIRELESS ASSOCIATION®,

Plaintiff(s),

v.

THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,

Defendant(s).

CASE NO. C10-03224 WHA

(Proposed)

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Scott A. Elder , an active member in good standing of the bar of U.S.D.C. Northern District of Georgia whose business address and telephone number (particular court to which applicant is admitted) is Alston & Bird LLP
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3424
404-881-7592
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing CTIA - The Wireless Association®

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: January 10, 2011.



Judge William Alsup