UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CTIA - THE WIRELESS ASSOCIATION®,

               Plaintiff(s),

v.

THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,

               Defendant(s).

CASE NO. C10-03224 WHA

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jane Fugate Thorpe, an active member in good standing of the bar of U.S.D.C. Northern District of Georgia (particular court to which applicant is admitted) whose business address and telephone number is Alston & Bird LLP
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3424
404-881-7822
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing CTIA - The Wireless Association®

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: January 10, 2011.



Judge William Alsup