# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTIA - THE WIRELESS ASSOCIATION®,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,<br><br>Defendant. | Case No. CV 10 3224 WHA<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY TERRENCE J. DEE *PRO HAC VICE* |

Terrence J. Dee, an active member in good standing of the bar of the Supreme Court of the State of Illinois, whose business address and telephone number is Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Telephone 312-862-2099, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff, CTIA - CTIA - The Wireless Association®.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 11, 2011.



Judge William Alsup

---

~~(PROPOSED)~~ ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY TERRENCE J. DEE *PRO HAC VICE*