| | |
|---|---|
| Robert A. Mittelstaedt (#60359) | Andrew G. McBride (*pro hac vice*) |
| Craig E. Stewart (#129530) | Joshua S. Turner (*pro hac vice*) |
| JONES DAY | WILEY REIN LLP |
| 555 California Street | 1776 K Street, N.W. |
| 26th Floor | Washington, DC  20006 |
| San Francisco, CA  94104 | Telephone:  (202)719-7000 |
| Telephone:  (415) 626-3939 | Fax:  (202) 719-7049 |
| Fax:  (415) 875-5700 | amcbride@wileyrein.com |
| ramittelstaedt@jonesday.com | |
| | |
| Jane F. Thorpe (*pro hac vice*) | Seamus C. Duffy (*pro hac vice*) |
| Scott A. Elder (*pro hac vice*) | Susan M. Roach (*pro hac vice*) |
| ALSTON & BIRD LLP | DRINKER BIDDLE & REATH LLP |
| 1201 West Peachtree St., NW | One Logan Square |
| Atlanta, Georgia  30309-3424 | Suite 2000 |
| Telephone: (404) 881-7592 | Philadelphia, PA  19103-6996 |
| Fax: (404) 253-8875 | Telephone:  (215) 988-2700 |
| jane.thorpe@alston.com | Fax:  (215) 988-2757 |
| | seamus.duffy@dbr.com |

Terrence J. Dee (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone:  (312) 862-2099
Fax:  (312) 862-2200
tdee@kirkland.com

Attorneys for Plaintiff
CTIA – The Wireless Association®

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CTIA - THE WIRELESS ASSOCIATION®, | Case No. 3:10-cv-03224 WHA |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING TEMPORARY STAY AND VACATING PRESENT BRIEFING SCHEDULE** |
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, | |
| Defendant. | |

-1-

Stip. Re Motion Schedule
No. C 10-03224 WHA

**RECITALS**

1. On November 5, 2010, the parties submitted a joint stipulation (Doc. 21) proposing a briefing schedule in accordance with the Court's instructions during the November 4, 2010 Case Management Conference. The Court approved this schedule on November 10, 2010 (Doc. 23), and it provided for briefing in January and February, and a hearing on February 24, 2011.

2. The parties submitted a revised stipulated schedule on December 17, 2010 (Doc. 24) to account for an unanticipated delay in the passage of an amendment to the Ordinance clarifying its disclosure requirements, which schedule set deadlines for expert disclosure, depositions and briefing on summary judgment. The Court adopted this schedule on December 21, 2010 (Doc. 25).

3. Pursuant to this revised schedule, the parties have produced expert reports, the City has deposed the expert witnesses identified by CTIA, and CTIA has filed an amended complaint asserting, inter alia, an additional claim under the First Amendment of the United States Constitution.

4. The City has advised CTIA that it intends to make substantive revisions to the disclosures required by the Ordinance and the accompanying Regulations that could impact the issues presented in this litigation.

5. The City has further advised CTIA that it believes these revisions will be in place by no later than March 15, but neither the timing of the revisions nor the exact nature of the revisions are certain at this point.

6. In light of the potential for substantive revisions to the disclosure requirements, it does not serve the interests of the parties or the Court to proceed with the current briefing schedule.

**STIPULATION**

The parties accordingly stipulate as follows:

1. The present briefing and hearing schedule is vacated.

2. The City agrees and stipulates to a stay of any enforcement of the Ordinance and Regulations until June 15, 2011. This temporary stay is intended to give the City time to consider

potential changes to the disclosure requirements, and to afford cell phone retailers an opportunity to adjust to the new requirements before having to comply.

3. The City agrees and stipulates that it will entertain in good faith any request by CTIA to further delay enforcement should the revised requirements become effective after March 15, 2011.

4. The parties shall meet and confer following the adoption of any revised disclosure requirements in order to negotiate and agree upon a proposed briefing schedule to be promptly submitted to the Court.

Dated: February 3, 2011                          JONES DAY


By: /s/ Craig E. Stewart
    Craig E. Stewart

Attorneys for Plaintiff
CTIA – The Wireless Association®

Dated: February 3, 2011                          DENNIS J. HERRERA, State Bar #139669
                                                 City Attorney
                                                 WAYNE SNODGRASS, State Bar #148137
                                                 VINCE CHHABRIA, State Bar #208557
                                                 Deputy City Attorneys
                                                 City Hall, Room 234
                                                 #1 Dr. Carlton B. Goodlett Place
                                                 San Francisco, California 94102-4682
                                                 Telephone:    (415) 554-4674
                                                 Facsimile:    (415) 554-4699
                                                 E-Mail:       vince.chhabria@sfgov.org


By: Vince Chhabria/ces
    Vince Chhabria

Attorneys for Defendant
The City And County Of San Francisco, California

- 3 -

Stip. Re Motion Schedule
No. C 10-03224 WHA

1  A case management conference is set for June 16, 2011, at 3:00 p.m.  The March 10 case
2  management conference is vacated.  Pursuant to stipulation, IT IS SO ORDERED.

3  Dated:  February 3, 2011.

   _____
   WILLIAM H. ALSUP
   UNITED STATES DISTRICT JUDGE