IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION,<br><br>      Plaintiff,<br><br>   v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,<br><br>      Defendant.<br>_____/ | No. C 10-03224 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE** |

     The Court **DENIES** the parties' stipulation to continue the case management conference and the temporary stay. Counsel shall please personally attend the conference on June 16, 2011, at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: June 7, 2011.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE