Robert A. Mittelstaedt (#60359)
Craig E. Stewart (#129530)
JONES DAY
555 California Street
26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Fax: (415) 875-5700
ramittelstaedt@jonesday.com

Andrew G. McBride (*pro hac vice*)
Joshua S. Turner (*pro hac vice*)
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
Telephone: (202)719-7000
Fax: (202) 719-7049
amcbride@wileyrein.com

Jane F. Thorpe (*pro hac vice*)
Scott A. Elder (*pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree St., NW
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7592
Fax: (404) 253-8875
jane.thorpe@alston.com

Seamus C. Duffy (*pro hac vice*)
Susan M. Roach (*pro hac vice*)
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Fax: (215) 988-2757
seamus.duffy@dbr.com

Terrence J. Dee (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2099
Fax: (312) 862-2200
tdee@kirkland.com

Attorneys for Plaintiff
CTIA – The Wireless Association®

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CTIA - THE WIRELESS ASSOCIATION®, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, <br><br> Defendant. | Case No. 3:10-cv-03224 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER STAY AND BRIEFING** |

**RECITALS**

1. The Parties have worked in good faith to develop expedited case management schedules for the adjudication of this case.

2. To that end, the Court adopted on December 21, 2010, a stipulated schedule that established timelines for expert disclosures, depositions, and briefing. Doc. 25. In December and January, the parties expended significant resources conducting expert discovery. CTIA's expert reports were produced and the City deposed those experts.

3. In late January, the City informed CTIA that it intended to make substantive revisions to the disclosures required by the Ordinance and the accompanying Regulations that could impact the issues presented in this litigation. The City further advised CTIA that it believed these revisions would be in place by no later than March 15, although neither the timing of the revisions nor the exact nature of the revisions were certain. Given these potential changes, the parties determined that it would not serve the interests of the parties or the Court to proceed with the briefing schedule then in place.

4. On February 3, 2011, the parties informed the Court of these developments and (1) stipulated that the then-existing briefing schedule be vacated and (2) agreed to a temporary stay of enforcement of the Ordinance and the accompanying Regulations until June 15, 2011. The Court approved the parties' stipulation and agreement on February 3. Doc. 44. That stipulation provided that the parties would discuss in good faith any need to further delay enforcement should the revised requirements become effective after March 15, 2011. *Id.*

5. Thereafter, on April 26, 2011, the City notified CTIA by letter that the City was extending the stay of enforcement of the Ordinance and Regulations until further notice. The City stated that the stay was intended to allow the Board of Supervisors to consider potential changes to the Ordinance, and to afford the retailers an opportunity to adjust to any new requirements before having to comply.

6. On May 17, 2011, a proposed amended Ordinance was introduced before the Board of Supervisors and referred to the Board's Public Safety Committee. The proposed amendment would modify the Ordinance's disclosure requirements, direct the Department of the

1  Environment to adopt new implementing regulations, and require that retailers comply within 15
2  days of adoption with certain of the regulations and within 30 days for the remaining regulations.
3      7.   Given the stay of enforcement and the proposed amendment, the parties agree that
4  motion practice in this case should be deferred pending enactment of any amendments and/or
5  adoption of the new regulations.  The parties will meet and confer regarding a briefing schedule
6  to be proposed to the Court once any amendments are enacted or new regulations adopted.
7      8.   Because of the shortness of the compliance deadlines in the proposed amended
8  Ordinance, CTIA anticipates that it may request preliminary injunctive relief from the Court
9  should the deadlines be enacted as proposed.
10     9.   The parties propose that the case management conference currently set for June 16,
11 2011 be continued to a date convenient to the Court, at which time the parties can inform the
12 Court of the City's progress toward enacting any amendments or new regulations.  Given the
13 anticipated timetable for the City's consideration of the proposed amendments, the parties
14 respectfully suggest September or October of this year as an appropriate time for such a
15 conference.

**STIPULATION**

The parties accordingly stipulate as follows:

1. The City agrees and stipulates to extend the stay of any enforcement of the existing Ordinance and Regulations until further notice.

2. Motion practice in this case shall be deferred pending enactment of amendments to the Ordinance and/or adoption of new implementing regulations.

3. The parties will meet and confer regarding a briefing schedule to be proposed to the Court once amendments are enacted or new regulations adopted.

4. The case management conference ~~currently scheduled for June 16, 2011 be continued to~~ is set for October 6, 2011, at 11:00 AM.

| | | |
|---|---|---|
| 1 | Dated: June 7, 2011 | JONES DAY |
| 2 | | |
| 3 | | By: /s/ Craig E. Stewart |
| | | Craig E. Stewart |
| 4 | | |
| | | Attorneys for Plaintiff |
| 5 | | CTIA – The Wireless Association® |
| 6 | Dated: June 7, 2011 | DENNIS J. HERRERA, State Bar #139669 |
| | | City Attorney |
| 7 | | WAYNE SNODGRASS, State Bar #148137 |
| | | VINCE CHHABRIA, State Bar #208557 |
| 8 | | Deputy City Attorneys |
| 9 | | City Hall, Room 234 |
| | | #1 Dr. Carlton B. Goodlett Place |
| 10 | | San Francisco, California 94102-4682 |
| | | Telephone:   (415) 554-4674 |
| 11 | | Facsimile:   (415) 554-4699 |
| | | E-Mail:       vince.chhabria@sfgov.org |
| 12 | | |
| 13 | | By: |
| | | Vince Chhabria |
| 14 | | |
| 15 | | Attorneys for Defendant |
| | | The City And County Of San Francisco, |
| 16 | | California |

IT IS SO ORDERED.

Dated: June 16, 2011.

WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

GRANTED
Judge William Alsup

SFI-699619v1

| | | |
|---|---|---|
| 1 | Dated: June 7, 2011 | JONES DAY |
| 2 | | |
| 3 | | By: /s/ Craig E. Stewart |
| | |     Craig E. Stewart |
| 4 | | Attorneys for Plaintiff |
| 5 | | CTIA – The Wireless Association® |
| 6 | Dated: June 7, 2011 | DENNIS J. HERRERA, State Bar #139669 |
| | | City Attorney |
| 7 | | WAYNE SNODGRASS, State Bar #148137 |
| | | VINCE CHHABRIA, State Bar #208557 |
| 8 | | Deputy City Attorneys |
| | | City Hall, Room 234 |
| 9 | | #1 Dr. Carlton B. Goodlett Place |
| 10 | | San Francisco, California 94102-4682 |
| | | Telephone:   (415) 554-4674 |
| 11 | | Facsimile:    (415) 554-4699 |
| | | E-Mail:        vince.chhabria@sfgov.org |
| 12 | | |
| 13 | | By: Vince Chhabria/CBS |
| | |     Vince Chhabria |
| 14 | | |
| 15 | | Attorneys for Defendant |
| | | The City And County Of San Francisco, |
| 16 | | California |
| 17 | IT IS SO ORDERED. | |
| 18 | | |
| 19 | Dated: _____ | |
| 20 | | _____ |
| | | WILLIAM H. ALSUP |
| 21 | | UNITED STATES DISTRICT JUDGE |

SFI-699619v1

- 3 -

Stip. Re Stay and Briefing
No. C 10-03224 WHA