Robert A. Mittelstaedt (#60359)
Craig E. Stewart (#129530)
JONES DAY
555 California St., 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Fax: (415) 875-5700
ramittelstaedt@jonesday.com

Jane F. Thorpe (*pro hac vice*)
Scott A. Elder (*pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree St., NW
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7592
Fax: (404) 253-8875
jane.thorpe@alston.com

Terrence J. Dee (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2099
Fax: (312) 862-2200
tdee@kirkland.com

Andrew G. McBride (*pro hac vice*)
Joshua S. Turner (*pro hac vice*)
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
Telephone: (202)719-7000
Fax: (202) 719-7049
amcbride@wileyrein.com

Seamus C. Duffy (*pro hac vice*)
Susan M. Roach (*pro hac vice*)
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Fax: (215) 988-2757
seamus.duffy@dbr.com

Attorneys for Plaintiff
CTIA – The Wireless Association®

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CTIA - THE WIRELESS ASSOCIATION®,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,<br><br>    Defendant. | Case No. 3:10-cv-03224 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE** |

SFI-711639v1

Stip. Re Briefing and Hearing Schedule
No. C 10-03224 WHA

1

## RECITALS

2      1.      On June 18, 2011, this Court approved the parties' stipulation deferring motion

3  practice in this case pending enactment of the City's proposed amended Ordinance and adoption

4  of the accompanying regulations.

5      2.      The City's Board of Supervisors enacted the amended Ordinance on July 26, 2011

6  and the Mayor signed it into law on August 3, 2011. Under the San Francisco City Charter, the

7  "effective date" of the amended Ordinance is September 6, 2011. The amended Ordinance

8  requires that, within 15 days of the effective date or as soon thereafter as practicable, the City's

9  Department of Environment ("DOE") adopt implementing regulations specifying the content and

10  format of the required disclosures. Before adopting final regulations, the DOE must give ten

11  days' public notice and hold a hearing.

12      3.      The DOE released its draft regulations for public comment on September 16 and

13  has scheduled its public hearing for September 26. The DOE currently expects that it will issue

14  final regulations on September 30. Within 15 days after the final regulations are issued by DOE,

15  cell phone retailers are required by the Ordinance to comply with the requirements to display

16  posters and provide informational factsheets. If the regulations are adopted on September 30 as

17  expected, the compliance date for the display posters and fact sheet will be October 15, 2011.

18      4.      For the reasons described more fully in the parties' joint CMC statement filed on

19  June 9, 2011 (Doc. 48), given the short compliance deadlines imposed by the amended

20  Ordinance, the parties do not believe it will be feasible to adopt a schedule for discovery and

21  briefing of cross-motions for summary judgment as was undertaken in regard to the original

22  Ordinance. Instead, it is clear from the deadlines recited above that the parties must litigate some

23  form of preliminary relief on an expedited basis before this Court in the period between the

24  promulgation of the final regulations and the compliance date.

25      5.      After meeting and conferring, the parties accordingly propose the schedule below

26  for briefing and hearing of CTIA's motion for preliminary relief. To permit the Court adequate

27  time to hold a hearing and rule before the compliance date, the City agrees to extend the

28  compliance date until October 25, 2011. With respect to the hearing date, the parties request that

SFI-711639v1

- 1 -

Stip. Re Briefing and Hearing Schedule
No. C 10-03224 WHA

1    the Court set a date that would permit the Court to rule by the extended October 25 compliance

2    date. All counsel are available to appear any day of the week of October 10. Counsel for CTIA

3    respectfully request that, if the hearing is set for the week of October 17, that it be set for October

4    17 or 19, as already scheduled court appearance dates create conflicts for CTIA's counsel the

5    other days that week.

6          6.        The proposed schedule is premised on the DOE adhering to the expected dates

7    described above for issuing and adopting the draft and final regulations. Should those expected

8    dates change, the parties will promptly meet and confer regarding a modified schedule to propose

9    to the Court.

10         7.        Neither party waives any substantive rights by this Stipulation or the right to seek

11   any form of emergency stay or administrative stay or vacatur of same from this Court or the Ninth

12   Circuit or any individual Circuit Judge or Justice of the Supreme Court.

13                              **STIPULATION**

14         Based on the foregoing recitals, the parties stipulate as follows:

15         1.        CTIA will file its amended complaint and motion for preliminary relief by noon on

16   October 4, 2011.

17         2.        The City will file its opposition to CTIA's motion by October 7, 2011.

18         3.        CTIA will file its reply memorandum by October 11, 2011.

19         4.        CTIA's motion will be heard on _October 20_____, 2011 at _8 a.m.___.

20         5.        The case management conference currently scheduled for October 6, 2011 is

21   vacated.

22   Dated: September 20, 2011                    JONES DAY

23

24                                                By: /s/ Craig E. Stewart
                                                      Craig E. Stewart
25
                                                  Attorneys for Plaintiff
26                                                CTIA – The Wireless Association®

27

28

SFI-711639v1

Stip. Re Briefing and Hearing Schedule
No. C 10-03224 WHA

1     Dated: September 20, 2011

DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
Deputy City Attorneys
City Hall, Room 234
#1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:   (415) 554-4674
Facsimile:   (415) 554-4699
E-Mail:   vince.chhabria@sfgov.org

By: _Vince Chhabria / cks_
      Vince Chhabria

Attorneys for Defendant
The City And County Of San Francisco,
California

IT IS SO ORDERED.

Dated:  September 26, 2011.

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

SFI-711639v1

- 3 -

Stip. Re Briefing and Hearing Schedule
No. C 10-03224 WHA