United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTIA - THE WIRELESS ASSOCIATION,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,<br><br>    Defendant.<br>                                                            / | No. C 10-03224 WHA<br><br>**ORDER DENYING MOTION TO FILE BRIEF AMICUS CURIAE** |

    An application to file a brief amicus curiae in this action has been submitted. An amicus brief will not be allowed because there is no showing that the non-attorney applicant has any interest not adequately protected by the City and County of San Francisco. To grant the request would require reopening the record and postponing the hearing to allow all parties to comment upon the materials submitted by the amicus. The motion to file a brief amicus curiae is hereby **DENIED**.

    **IT IS SO ORDERED.**

Dated: October 12, 2011.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE