IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTIA - THE WIRELESS ASSOCIATION, | No. C 10-03224 WHA |
| Plaintiff, | |
| v. | **NOTICE** |
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, | |
| Defendant. / | |

At the hearing on October 20, 2011, please be prepared to explain why *Carrico v. City and County of San Francisco*, No. 09-17151, 2011 WL 3890748 (9th Cir. Sept. 6, 2011), does not require dismissal of this action.

**IT IS SO ORDERED.**

Dated: October 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE