United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CTIA - THE WIRELESS ASSOCIATION,

    Plaintiff,

  v.

THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,

    Defendant.
                               /

No. C 10-03224 WHA

**NOTICE REQUESTING ADDITIONAL INFORMATION**

      By **WEDNESDAY, OCTOBER 19, 2011, AT NOON**, please file a short memo addressing the standing issues raised in the previous notice dated October 14 (Dkt. No. 79).  Also, the Judge cannot find in all the FCC materials cited, any explicit finding by the FCC that cell phones are safe for human use.  Please quote to the entire paragraph where this finding purportedly occurred and provide an appropriate cite to the record.  If there are multiple findings, quote each one with its citation, including the year of the finding.

      **IT IS SO ORDERED.**

Dated: October 17, 2011.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE