IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CTIA – THE WIRELESS ASSOCIATION,      No. C 10-03224 WHA

    Plaintiff,

v.                                          **NOTICE**

THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,

    Defendant.
                                                              /

By **NOON ON TUESDAY, OCTOBER 25, 2011**, please answer the following questions in five pages or less:

(1) Have any compelled disclosures by any government in the United States ever previously been based on a WHO "possible" listing and the "precautionary principle"? If so, was it tested in the caselaw, and if so, provide the cite.

(2) What specific studies or evidence led to WHO to list RF energy as a "possible"?

**IT IS SO ORDERED.**

Dated: October 24, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE