IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,<br><br>    Defendant.<br>                                     / | No. C 10-03224 WHA<br><br>**NOTICE OF RECEIPT OF LETTER** |

The judge appreciates the letter dated October 22, 2011, from Ms. Ellen K. Marks. But it is untimely and should have been presented before briefing was completed so both sides would have had an opportunity to respond to the material.

**IT IS SO ORDERED.**

Dated: October 25, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE