United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CTIA – THE WIRELESS ASSOCIATION,

    Plaintiff,

v.

THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,

    Defendant.

No. C 10-03224 WHA

**ORDER GRANTING DEFENDANT'S REQUESTS FOR JUDICIAL NOTICE**

    Defendant's request for judicial notice and supplemental request for judicial notice in docket numbers 70–73 are **GRANTED** to this limited extent. All of the items will be received in evidence as proof of the words used on occasions indicated, but not for the truth of the words. The items would be hearsay if used for that purpose. Exhibit Q attached to defendant's supplemental request for judicial notice is written in French without an English translation, so it will not be received. Defendant's further request for judicial notice on October 25 was untimely and outside the invitation to submit five-page memoranda on limited topics, and the new request for judicial notice will not be allowed.

    **IT IS SO ORDERED.**

Dated: October 26, 2011.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE