IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CTIA – THE WIRELESS ASSOCIATION,

    Plaintiff,

v.

THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,

    Defendant.

    /

No. C 10-03224 WHA

**CASE MANAGEMENT REQUEST**

    Counsel are requested to consider a stipulation to enter final judgment based on the reasoning and record on the preliminary injunction order so that both sides may present their final arguments to the court of appeals rather than having to couch their appellate arguments in terms of the preliminary injunction elements. Please respond by **NOON ON NOVEMBER 4, 2011**, in a joint recommendation.

Dated: October 27, 2011.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE