**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   CTIA – THE WIRELESS ASSOCIATION,
11            Plaintiff,                          No. C 10-03224 WHA
12       v.
13   THE CITY AND COUNTY OF SAN              **ORDER RE FOLLOWUP**
     FRANCISCO, CALIFORNIA,
14
15            Defendant.
                                          /
16

17       By **NOON ON WEDNESDAY, NOVEMBER 9, 2011**, plaintiff shall please state whether it will

18   appeal the injunction order and, if so, when, and whether the stay pending appeal proposed by

19   defendant should be entered.  Meanwhile, the form of revised fact-sheet is approved and may be

20   used as per the timetable set out in the order granting in part the motion for a preliminary

21   injunction (Dkt. No. 92).

22
23       **IT IS SO ORDERED.**

24
25   Dated:  November 7, 2011.
                                          _____
26                                        WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE
27
28