IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CTIA – THE WIRELESS ASSOCIATION,

    Plaintiff,                               No. C 10-03224 WHA

  v.

THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,               **ORDER RE FOLLOWUP**

    Defendant.
                                    /

By **NOON ON WEDNESDAY, NOVEMBER 9, 2011**, plaintiff shall please state whether it will appeal the injunction order and, if so, when, and whether the stay pending appeal proposed by defendant should be entered. Meanwhile, the form of revised fact-sheet is approved and may be used as per the timetable set out in the order granting in part the motion for a preliminary injunction (Dkt. No. 92).

**IT IS SO ORDERED.**

Dated: November 7, 2011.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE