IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTIA - THE WIRELESS ASSOCIATION,<br><br>  Plaintiff,<br><br>  v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,<br><br>  Defendant.<br>_____ / | No. C 10-03224 WHA<br><br>**ORDER STAYING<br>FURTHER PROCEEDINGS** |

By mutual agreement of the parties, further proceedings in this action will be stayed pending an appeal by plaintiff of the preliminary injunction ruling. A further case management conference will be held on **JULY 12, 2012, AT 11 A.M.**

**IT IS SO ORDERED.**

Dated: November 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE