IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTIA - THE WIRELESS ASSOCIATION, | No. C 10-03224 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING REQUEST FOR EXTENSION OF TIME TO BRING MOTION FOR FEES AND COSTS** |
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, | |
| Defendant. | |

The Court is in receipt of the stipulation requesting extension of time to bring a motion for fees and costs. Despite this stipulation, for orderly management of the case, which is fresh in the undersigned judge's mind, the time with which to bring a motion for attorney's fees and costs will not be extended. The Court is tentatively of the view that no award of attorney's fees will be warranted in this case.

**IT IS SO ORDERED.**

Dated: November 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE