DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
Deputy City Attorneys
City Hall, Room 234
#1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4674
Facsimile:     (415) 554-4699
E-Mail:        vince.chhabria@sfgov.org

Attorneys for Defendant
THE CITY AND COUNTY OF SAN FRANCISCO,
CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTIA – THE WIRELESS ASSOCIATION®,<br><br>  Plaintiff,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,<br><br>  Defendant. | Case No. C10-03224 WHA<br><br>**STIPULATED APPLICATION TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND DUE DATES FOR OPPOSITION AND REPLY PURSUANT TO CIV. L.R. 7-7(a) AND CIV. L.R. 7-7(d); [PROPOSED] ORDER**<br><br>Date:    December 15, 2011<br>Time:    8:00 a.m.<br>Before:  Judge William H. Alsup<br>         450 Golden Gate Avenue<br>         Courtroom 9, 19th Floor<br>         San Francisco, CA 94102<br><br>Date Action Filed:   July 23, 2010<br>Trial Date:          None set |

**STIPULATED APPLICATION**

Plaintiff CTIA's Motion for Attorney's Fees in the above-captioned action is set for December 15, 2011 at 8:00 a.m. The City's response to this Motion is presently due November 28, 2011. Undersigned counsel for the City will be unable to attend adquately to the response by that date, both because of the time involved in responding to CTIA's emergency request for a stay pending appeal in the Ninth Circuit, and because of pre-arranged vacation plans over the Thanksgiving holiday thereafter. Because a response to CTIA's fee motion requires familiarity with the details of the litigation, and because undersigned counsel for the City is the only attorney for the City familiar with these details, finding substitute counsel to respond to CTIA's motion is not practical. Accordingly, the parties have met and conferred and, subject to this Court approval, have agreed that the hearing on CTIA's motion should be continued to January 5, 2012 at 8:00 a.m., with the City's opposition being due on December 13, 2011 and with CTIA's reply being due on December 22, 2011.

Dated: November 18, 2011

By: s/Vince Chhabria
VINCE CHHABRIA

Attorney for Defendant
THE CITY AND COUNTY OF SAN FRANCISCO
CALIFORNIA

Dated: November 18, 2011

By: **s/Craig E. Stewart
CRAIG E. STEWART

Attorney for Plaintiff
CTIA – THE WIRELESS ASSOCIATION

**pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

## **ORDER**

The parties' request to continue Plaintiff's motion for attorney's fees is GRANTED. The hearing on Plaintiff's motion for attorney's fees shall take place on January 5, 2012 at 8:00 a.m. Defendant's opposition to this motion shall be filed no later than December 13, 2011, and Plaintiff's reply shall be filed no later than December 22, 2011.

Dated: November 21, 2011.



_____
William Alsup
UNITED STATES DISTRICT JUDGE