| | |
|---|---|
| Robert A. Mittelstaedt (#60359) | Andrew G. McBride (*pro hac vice*) |
| Craig E. Stewart (#129530) | Joshua S. Turner (*pro hac vice*) |
| JONES DAY | WILEY REIN LLP |
| 555 California Street | 1776 K Street, N.W. |
| 26th Floor | Washington, DC  20006 |
| San Francisco, CA  94104 | Telephone:  (202)719-7000 |
| Telephone:  (415) 626-3939 | Fax:  (202) 719-7049 |
| Fax:  (415) 875-5700 | amcbride@wileyrein.com |
| ramittelstaedt@jonesday.com | |
| | |
| Jane F. Thorpe (*pro hac vice*) | Seamus C. Duffy (*pro hac vice*) |
| Scott A. Elder (*pro hac vice*) | Susan M. Roach (*pro hac vice*) |
| ALSTON & BIRD LLP | DRINKER BIDDLE & REATH LLP |
| 1201 West Peachtree St., NW | One Logan Square, Suite 2000 |
| Atlanta, Georgia  30309-3424 | Philadelphia, PA  19103-6996 |
| Telephone: (404) 881-7592 | Telephone:  (215) 988-2700 |
| Fax: (404) 253-8875 | Fax:  (215) 988-2757 |
| jane.thorpe@alston.com | seamus.duffy@dbr.com |

Terrence J. Dee (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone:  (312) 862-2099
Fax:  (312) 862-2200
tdee@kirkland.com

Attorneys for Plaintiff
CTIA – The Wireless Association®

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CTIA - THE WIRELESS ASSOCIATION®, | Case No. 3:10-cv-03224 WHA |
| Plaintiff, | |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, | |
| Defendant. | **Date:**  July 12, 2012<br>**Time:**  11:00 AM<br>**Courtroom:**  Courtroom 9, 19th Floor |

**RECITALS**

1. This case is currently scheduled for a case management conference on July 12, 2012. Proceedings in this case have been stayed by order of this Court dated November 9, 2011, pending CTIA's appeal of the Court's preliminary injunction ruling. Doc. 102.

2. On June 28, 2012, the parties filed a Joint Case Management Conference Statement, in which they explained that the appeal (and the City's cross-appeal) has been set for oral argument in the Ninth Circuit on August 9, 2012.

3. Given the continued pendency of the case in the Ninth Circuit, the parties proposed in their statement that the July 12, 2012 case management conference be continued until after the Ninth Circuit has rendered its decision.

4. The parties submit this stipulation and proposed order to formalize their request that the July 12, 2012 case management conference be continued. The parties will notify the Court when the Ninth Circuit decides the appeal, and they are agreeable to appearing for a further case management conference on a date convenient to the Court.

**STIPULATION**

The parties hereby stipulate and agree as follows:

1. The case management conference currently scheduled for July 12, 2012 is vacated.

2. The case is set for a further case management conference on September 27, 2012

Dated: July 10, 2012                    JONES DAY

                                        By: /s/ Craig E. Stewart
                                            Craig E. Stewart

                                        Attorneys for Plaintiff
                                        CTIA – The Wireless Association®

| | | |
|---|---|---|
| 1 | Dated: July 10, 2012 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | | WAYNE SNODGRASS, State Bar #148137 |
| 3 | | VINCE CHHABRIA, State Bar #208557<br>Deputy City Attorneys |
| 4 | | City Hall, Room 234<br>#1 Dr. Carlton B. Goodlett Place |
| 5 | | San Francisco, California 94102-4682 |
| 6 | | Telephone:    (415) 554-4674<br>Facsimile:     (415) 554-4699 |
| 7 | | E-Mail:         vince.chhabria@sfgov.org |
| 8 | | By: _____ |
| 9 | |      Vince Chhabria |
| 10 | | Attorneys for Defendant |
| 11 | | The City And County Of San Francisco,<br>California |

13  IT IS SO ORDERED.

14  Dated: July 10, 2012.

16  _____
    WILLIAM H. ALSUP
    UNITED STATES DISTRICT JUDGE

17  SFI-737851v1

*IT IS SO ORDERED AS MODIFIED* — Judge William Alsup

| | | |
|---|---|---|
| 1 | Dated: July 10, 2012 | DENNIS J. HERRERA, State Bar #139669 |
| 2 | | City Attorney |
| | | WAYNE SNODGRASS, State Bar #148137 |
| 3 | | VINCE CHHABRIA, State Bar #208557 |
| | | Deputy City Attorneys |
| 4 | | City Hall, Room 234 |
| | | #1 Dr. Carlton B. Goodlett Place |
| 5 | | San Francisco, California 94102-4682 |
| | | Telephone:   (415) 554-4674 |
| 6 | | Facsimile:    (415) 554-4699 |
| 7 | | E-Mail:         vince.chhabria@sfgov.org |

By: /s/ Vince Chhabria
   Vince Chhabria

Attorneys for Defendant
The City And County Of San Francisco,
California

IT IS SO ORDERED.

Dated: _____

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

SFI-737851v1

Stip and [Proposed] Order Continuing CMC
No. C 10-03224 WHA