FILED

UNITED STATES COURT OF APPEALS

SEP 25 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CTIA - THE WIRELESS ASSOCIATION,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, California,<br><br>    Defendant - Appellee. | No. 11-17707<br><br>D.C. No. 3:10-cv-03224-WHA<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |
| CTIA - THE WIRELESS ASSOCIATION,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, California,<br><br>    Defendant - Appellant. | No. 11-17773<br><br>D.C. No. 3:10-cv-03224-WHA |

Before: SCHROEDER and CALLAHAN, Circuit Judges, and KORMAN, Senior District Judge.[*]

---

   [*]  The Honorable Edward R. Korman, Senior United States District Judge for the Eastern District of New York, sitting by designation.

Appellee-Cross-Appellant City and County of San Francisco's unopposed motion for an extension of time to file a Petition for Rehearing and Rehearing En Banc is GRANTED.  Any Petition for Rehearing or Rehearing En Banc must be filed by October 19, 2012.