1   Robert A. Mittelstaedt (#60359)
    Craig E. Stewart (#129530)
2   JONES DAY
    555 California Street
3   26th Floor
    San Francisco, CA  94104
4   Telephone:  (415) 626-3939
    Fax:  (415) 875-5700
5   ramittelstaedt@jonesday.com

6   Jane F. Thorpe (*pro hac vice*)
7   Scott A. Elder (*pro hac vice*)
    ALSTON & BIRD LLP
8   1201 West Peachtree St., NW
    Atlanta, Georgia  30309-3424
9   Telephone: (404) 881-7592
    Fax: (404) 253-8875
10  jane.thorpe@alston.com

11  Terrence J. Dee (*pro hac vice*)
12  KIRKLAND & ELLIS LLP
    300 North LaSalle
13  Chicago, IL  60654
    Telephone:  (312) 862-2099
14  Fax:  (312) 862-2200
15  tdee@kirkland.com

Andrew G. McBride (*pro hac vice*)
Joshua S. Turner (*pro hac vice*)
Megan L. Brown
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC  20006
Telephone:  (202)719-7000
Fax:  (202) 719-7049
amcbride@wileyrein.com

Seamus C. Duffy (*pro hac vice*)
Susan M. Roach (*pro hac vice*)
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA  19103-6996
Telephone:  (215) 988-2700
Fax:  (215) 988-2757
seamus.duffy@dbr.com

16  Attorneys for Plaintiff
17  CTIA – The Wireless Association®

18                    UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                         SAN FRANCISCO DIVISION

21 | CTIA - THE WIRELESS ASSOCIATION®, | Case No. 3:10-cv-03224 WHA
22 |             Plaintiff,
23 |        v.                          | **STIPULATION REGARDING ENTRY OF FINAL JUDGMENT**
24 | THE CITY AND COUNTY OF SAN          | Date:
25 | FRANCISCO, CALIFORNIA,              | Time:
                                          Courtroom: Courtroom 9, 19th Floor
26 |             Defendant.

27
28

Pursuant to Fed. R. Civ. P. 54; N.D. Cal. Civ. R. 7-12, the Parties submit this Stipulation Regarding Entry of Final Judgment.

**RECITALS**

1. On October 4, 2011, Plaintiff CTIA-The Wireless Association filed a Second Amended Complaint for Declaratory and Injunctive Relief against Defendant the City and County of San Francisco ("City"), challenging the City's Cell Phone "Right-to-Know" Ordinance, File No. 100104, Ordinance No. 155-10, as amended by Ordinance No. 165-11 (collectively, the "Ordinance"), and Regulations and Display Materials promulgated by the Department of Environment, San Francisco Department of the Environment, *see* SFE 10-02-CPO, SFE 10-03-CPO, and SFE 11-07-CPO and attachments.

2. On October 4, 2011, Plaintiff filed a motion seeking a preliminary injunction against the Ordinance, Regulations and Display Materials.

3. On October 27, 2011, after briefing and a hearing, this Court granted a partial preliminary injunction.

4. The parties cross-appealed (Nos. 11-17707, 11-17773) and the Ninth Circuit decided the appeals in favor of CTIA on September 10, 2012, holding that the Ordinance, Regulations and Display Materials should be preliminarily enjoined in their entirety under the First Amendment.

6. The United States Court of Appeals denied the City's Petition for Rehearing En Banc on February 27, 2013.

7. The Ninth Circuit's mandate issued on March 11, 2013, with an award of costs to CTIA.

8. CTIA filed petitions for award of attorneys' fees before this Court and before the Ninth Circuit as the prevailing party on its constitutional claim under 42 U.S.C. § 1988. As part of a comprehensive settlement of litigation between the Parties, CTIA has agreed to withdraw all requests for attorneys' fees connected with this matter.

**STIPULATION**

The parties hereby stipulate that no further litigation is necessary or appropriate and

- 1 -

Stip. Regarding Final Judgment
No. C 10-03224 WHA

jointly move this Court to enter, in the form attached, Final Judgment, including a Declaratory Ruling and Permanent Injunction, to fully resolve this case.

Dated this 20th day of May, 2013

Dated: May 20, 2013

JONES DAY

By: /s/ Craig E. Stewart

Craig E. Stewart
Attorneys for Plaintiff
CTIA – The Wireless Association®

Dated: May 20, 2013

DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
Deputy City Attorneys
City Hall, Room 234
#1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-4674
Facsimile: (415) 554-4699
E-Mail: vince.chhabria@sfgov.org


By:_____
Vince Chhabria

Attorneys for Defendant
The City And County Of San Francisco, California

SFI-825849v1