1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CTIA - THE WIRELESS ASSOCIATION®,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,<br><br>Defendant. | Case No. 3:10-cv-03224 WHA<br><br>**[PROPOSED] FINAL JUDGMENT, DECLARATORY RULING AND PERMANENT INJUNCTION FOR PLAINTIFF** |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Final Judgment
No. C 10-03224 WHA

1

### [PROPOSED] FINAL JUDGMENT

2      The Court has reviewed the Parties' Stipulation Regarding Entry of Final Judgment and

3  concludes that it is appropriate for the Court to enter this Final Judgment for Plaintiff, a

4  Declaratory Ruling, and Permanent Injunction.

5      **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED, ADJUDGED,**

6  **AND DECREED** that:

7      1.    The City's Cell Phone Right to Know Ordinance, and any implementing

8  regulations and materials promulgated by the City Department of Environment thereunder,

9  including any versions of same revised in the course of this litigation, are **DECLARED TO BE**

10  **INVALID** under the First Amendment to the United States Constitution.

11      2.    Defendant and each of its officers, principals, agents, servants, employees,

12  successors and assignees, are **PERMANENTLY ENJOINED** from enforcing the City of San

13  Francisco's Cell Phone Right to Know Ordinance and any regulations and materials promulgated

14  thereunder, including any versions of same revised in the course of this litigation.

15      3.    This Final Judgment, Declaratory Ruling, and Permanent Injunction are applicable

16  to the Cell Phone Right to Known Ordinance, as adopted on July 1, 2010, amended on January 7,

17  2011 and July 26, 2011, and approved by the Mayor on August 3, 2011 (Ordinance Nos. 155-10

18  and 165-11), which were the subject of the above-captioned litigation, and any and all regulations

19  and materials promulgated thereunder, including any versions of same revised in the course of

20  this litigation.

21      4.    The Court will retain jurisdiction to enforce this judgment through May 22, 2017.

22

23  DATED:  May 22, 2013.

                         _____

24                            William H. Alsup
                            United States District Judge

25

26

27

28

                                        [Proposed] Final Judgment
                          No. C 10-03224 WHA